UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JAMIE KENNEDY,                )
                              )
        Plaintiff,            )
                              )
v.                            )        CV421-333
                              )
LLOYD J. AUSTIN, III,         )
                              )
        Defendant.            )

# ORDER

Before the Court is Defendant's Consent Motion to Extend Time, which seeks an extension of his deadline to respond to the Second Amended Complaint, doc. 32. Doc. 34. For good cause shown, the consent motion is **GRANTED**. Doc. 34. Defendant's deadline to respond to the Second Amended Complaint is extended to December 8, 2022.

Additionally, the Court directed Defendant to show cause why his Motion to Dismiss the no-longer-operative Complaint, doc. 16, should not be terminated as moot. Doc. 33 at 6. He responded, stating that he "agrees that the filing of the Second Amended Complaint moots his motion to dismiss the now superseded First Amended Complaint, [cit.], and respectfully withdraws that motion." Doc. 35. The Court construes

this response as a motion to withdraw the pending Motion to Dismiss, doc. 16, and **GRANTS** the motion to withdraw. Doc. 35. The currently-pending Motion to Dismiss is **TERMINATED**. Doc. 16.

**SO ORDERED**, this 2nd day of December, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA