AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JAMIE KENNEDY,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:21-cv-333

LLOYD J. AUSTIN III, in his official capacity as Secretary of the Department of Defense,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 31, 2024, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Therefore, Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint is is granted. This action stands closed.

Approved by: _____

February 5, 2024
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020